UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-08-00054-1 & 2-JLQ |
| Plaintiff, | |
| vs. | **ORDER DISMISSING COUNT 15 WITH PREJUDICE** |
| JIMMY J. JENSEN; RYAN M. JENSEN, | |
| Defendants. | |

**IT IS HEREBY ORDERED**:

1.  The Government's Motion for Order of Dismissal with Prejudice (Ct. Rec. 116) and corresponding Motion to Expedite (Ct. Rec. 119) are **GRANTED** pursuant to Fed. R. Crim. P. 48(a).

2.  Count 15 of the Indictment is hereby **DISMISSED** with prejudice as to both Defendants.

The Clerk is hereby directed to enter this Order, enter judgment of dismissal of Count 15 with prejudice,  and furnish copies to counsel.

**DATED** this 26th day of June, 2009.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE